**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **SELAM GEBRE HAILE** | **CASE NO. 3:26-CV-01788 SEC P** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **U.S. IMMIGRATION & CUSTOMS ENFORCEMENT** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, noting no timely objections thereto having been filed, and after a de novo review of the record,

IT IS HEREBY ORDERED that Petitioner Selam Gebre Haile's Petition for writ of habeas corpus is DENIED and DISMISSED without prejudice.

THUS DONE in Chambers on this 28th day of August, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE